ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
LYNN M. HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: 415-977-8977
     Facsimile: 415-744-0134
     e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MYLES I. MCDONALD, | )   Case No. 2:13-cv-07482-JCG |
|      Plaintiff, | ) |
| vs. | )   [PROPOSED] JUDGMENT OF |
| | )   REMAND |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
|      Defendant. | ) |
| | ) |

     The Court, having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation to Remand.

DATED:  February 20, 2014        _____

                     HON. JAY C. GANDHI
                     UNITED STATES MAGISTRATE JUDGE